IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| INTERNATIONAL FOREST PRODUCTS CORPORATION, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | NO. 3:11-0120 |
| v. | ) ) ) | JUDGE HAYNES |
| GARY WEST, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 72) to which none of the parties has filed any objections within the time provided by Fed. R. Civ. P. 72(b).

Upon de novo review, the Court **ADOPTS** the well reasoned Report and Recommendation of the Honorable John Bryant.

Accordingly, the Defendants' motions to dismiss (Docket Entry Nos. 14 and 19) are **DENIED as moot.** The Defendants' motions to dismiss (Docket Entry Nos. 50 and 54) are **GRANTED** in part and **DENIED** in part. This action is **STAYED** pending conclusion of the state court proceeding. This action is also **ADMINISTRATIVELY CLOSED**, but may be reopened upon motion of any party, after the conclusion of all state court proceedings.

It is so **ORDERED**.

ENTERED this the ___ day of September, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge